**FILED**

NOV 22 2006

**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

MELVIN E. THOMAS, #03584-000
USP - Allenwood
P.O.B 3000
**PLAINTIFF**
White v. Der 1, PA 17887

CASE NUMBER 1:06CV01994

JUDGE: Rosemary M. Collyer

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 11/22/2006

UNITED STATES DEPARTMENT OF
JUSTICE AND THE EXECUTIVE
OFFICE OF UNITED STATES
ATTORNEYS.
**DEFENDANTS.**

---

## 5 USC §552(a) and 5 § 552(a)(6)(c)(i)

---

NOW COMES MELVIN E. THOMAS, respectfully and to bring this civil action under the Freedom of Information Act an the Privacy Act to order the defendants Executive office of The United States Attorneys to release a prosecution file because of it's failure to respond to my request made over 2½ years ago : a filure to respond within the statutory time limits. Disclosure of this information to me is in the public interest as it is likely to contribute significantly to the clarification of Constitutional and or legal issues. The information requested is for personal use and will aid me in to disclose/corroborate fraud and perjury committed by Detective Goodrige and others in criminal case No. F14491-89 United States v. Melvin E. Thomas [Superior Court of D.C. ] See Hazel-Atlas Glass Co. v. Hartford Empire Co. 332 U.S. 238 64 S.Ct. 997 88 LED 1250 (1944); Demjanjuk v. Petrovsky, 10 f3d 338 (1993)

**RECEIVED**
OCT 30 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-i-

## I. FACTUAL BACKROUND

At all relevant times to this complaint, plaintiff has been incarcer-
ated since December 27, 1989. After a plea of guilty to assault with
intent to kidnap while armed on July 5, 1990, plaintiff was sentenced
on September 12, 1990 to 15 years to life. On April 1, 2004, plaintiff
FOIA/PA request was filed with the Executive Office Of The United Sta-
tes Attorneys. See Exhibit #1. The EOUSA has not responded to this FOIA
PA request as of October 13, 2006. On October 4, 2006, the Department
of Justice Office of Information and Privacy wrote plaintiffna letter
noteing and appeal plaintiff had submiited in regards to  the EOUSA's
failure to respond in the statutory time limits. The Director of the
OIP wrote in prt:

> " In particular, the Freedom of Information act
> itself contemplates judicial review, rather
> than an administrative appeal, when an agency
> has failed to respond to a request within
> the stautory time limits".

See 5 USC § 552(a)(6)(c)(i)

Also, plaintiff was informed in this appeal that the Director of OIP
had forwarded my letter to EOUSA directly, and that I may wish to also
contact them again, which I have. See Exhibit #2.

**III BECAUSE THE EOUSA HAS FAILED TO RESPOND WITHIN THE STATUTORY TIME
PLAINTIFF SEEKS JUDICIAL REVIEW TO ORDER THE EOUSA TO RELEASE THE
ENTIRE FILE AS A AGENCY HAS FAILED TO RESPOND TO MY REQUEST. 5 USC § 552
(a)(6)(c)(i)**

### [ THE REQUEST ]

On April 1, 2004, The EOUSAs sent it's acknowlegment of the FOIA/PA re-
quest with and assigned number-04-823. See Exhibit # 1. Plaintiffs req-
uest was for the prosecution file witness' statements of Terry Viands;
Craige Field, Mrs. Field,any other statements made on the 27th of Dec
or shortly after, and in particular any reports done on a green over-
coat containing a bullet hole -Case No. F14491-89. Plaintiff believed

-1-

his request to be a project request which would take at least nine months or more. [as stated in the EOUAs initial reply: See Exhibit #1] The EOUSAs has never responded again, eventhough I have written numerous inquiries.

## [ RELIEF REQUESTED ]

Plaintiff requst relief in the form of a judicial order that the EOUSA release the prosecution file in criminal case number F14491-89, in it's entirity, and immediatly because of that agency's failure to respond in well over 2½ years to plaintiff initial request.

## [ CONCLUSION ]

Plaintiff respectfully request this Court grant the relief he seeks in order that he may attempt to remedy the Contitutional violations that he complains of that caused his unlawful conviction. By affording him the material needed to prove his allegations. The entire prosecution file should be turned over because of the deliberate refusal of the EOUSAs refusal to respond. This file, or portions thereof, are needed to show and prove [along with other information plaintiff already has in his possession] that he is imprisoned in total violation of the United States Contitution. See National Archives and Records Administration v. Favish, 541 U.S. 124 S.CT. 1570 (2004), Spannaus v. United States Dept. of Justice,824 F2d 52,58(D.C.Cir.1987), Hill v. Mamoulides, 482 So.2d 26(La Ct.App.5th Cir.1986), Jenks v. U.S. Marshals, 514 F.Supp.1383.

DATE October 16, 2006                    Respectfully Submitted

                                        Melvin E. Thomas

## CERTIFICATE OF SERVICE

I, **MELVIN E. THOMAS,** due hereby state under the penalties of perjury that I have this ___16th___ day of ___October___ 2006 placed in the institution mail box a copy to the Executive Office Of The United States Attorneys Freedom of Information Act and Privacy Act office/ Unit Room 7300 600 E Street N.W. Wash. D.C. 20530 and the United States Attorny at 555 4th Steert N.W. Wash. D.C. Room 8104 20001.


DATE _October— 16, 2006_                         _Melvin Thomas_

EXHIBIT 1

U.S. Department of Justice

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Unit
600 E Street, N.W., Room 7300
Washington, D.C. 20530
202-616-6757  Fax 202-616-6478

Request Number: 04-823

Subject: SELF (STATEMENTS & REPORTS)/DDC                    APR - 1 2004

Requester: MELVIN ERNEST THOMAS

Dear Requester:

 The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. Please give us this number if you write about your request. If we need additional information, we will contact you within two weeks.

 Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

 EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions, for example, Project Requests take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

 By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR §16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 C.F.R. 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. Please do not send any payment at this time! If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

Sincerely,

*Marie A. O'Rourke*

Marie A. O'Rourke
Assistant Director

06 1994

FILED

NOV 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Form No. 001 - 9/03

EXHIBIT 2

**U.S. Department of Justice**

Office of Information and Privacy

Telephone: (202) 514-3642

Washington, D.C. 20530

OCT - 4 2006

Mr. Melvin E. Thomas
Register No. 03584-000
United States Penitentiary
Post Office Box 3000
White Deer, PA 17887

Re:    Appeal No. 06-3072
       Request No. 04-823
       JTR:CIH

Dear Mr. Thomas:

You attempted to appeal from the failure of the Executive Office for United States Attorneys (EOUSA) to respond to your request for access to records pertaining to a prosecution file (Case No. F14491-89), witness statements, and "[a]ll police reports," including a specific report related to a green over coat with a bullet hole.

Department of Justice regulations provide for an administrative appeal only after there has been an adverse determination by a component. See 28 C.F.R. § 16.9 (2006). As no adverse determination has yet been made, there is no action for this Office to consider on appeal. In particular, the Freedom of Information Act itself contemplates judicial review, rather than an administrative appeal, when an agency has failed to respond to a request within the statutory time limits. See 5 U.S.C. § 552(a)(6)(C)(i).

I have forwarded your letter to EOUSA. You may also wish to contact it directly and inquire about the status of your request. You may appeal any future adverse determination made by EOUSA.

Sincerely,

Daniel J. Metcalfe
Director

06 1994
**FILED**

NOV 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

06-1994
RMC

**CIVIL COVER SHEET**

JS-44
(Rev.1/05 DC)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|

MELVIN E. THOMAS

DOJ, ET AL

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

# 03584-000

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

PRO SE (PS)

AT

CASE NUMBER   1:06CV01994

JUDGE: Rosemary M. Collyer

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 11/22/2006

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

⦿ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

| ☐ A. Antitrust | ☐ B. Personal Injury/ Malpractice | ☐ C. Administrative Agency Review | ☐ D. Temporary Restraining Order/Preliminary Injunction |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>**Social Security:**<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>**Other Statutes**<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

**☐ E. General Civil (Other)   OR   ☐ F. Pro Se General Civil**

| **Real Property**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>**Personal Property**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | **Bankruptcy**<br>☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**Prisoner Petitions**<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>⦿ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>**Property Rights**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**Federal Tax Suits**<br>☐ 870 Taxes (US plaintiff or defendant<br>☐ 871 IRS-Third Party 26 USC 7609 | **Forfeiture/Penalty**<br>☐ 610 Agriculture<br>☐ 620 Other Food &Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>**Other Statutes**<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

④

| ☐ G.  *Habeas Corpus/ 2255* | ☐ H.  *Employment Discrimination* | ☐ I.  *FOIA/PRIVACY ACT* | ☐ J.  *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions<br>(if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ K.  *Labor/ERISA (non-employment)* | ☐ L.  *Other Civil Rights (non-employment)* | ☐ M.  *Contract* | ☐ N.  *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

5 USC 552(a)

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS   ☐   ACTION UNDER F.R.C.P. 23   **DEMAND $**   Check YES only if demanded in complaint
**JURY DEMAND:** ☐ YES   ☐ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES   ☐ NO   If yes, please complete related case form.

DATE 11.22.06   SIGNATURE OF ATTORNEY OF RECORD   *NCD*

## INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

format\js-44.wpd