AO 240 (Rev. 6/86) Application to Proceed

# United States District Court

FOR THE _____ DISTRICT OF _____ COLUMBIA

FILED
NOV 22 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MELVIN E. THOMAS

V.

US DEPTMENT OF JUSTICE
AND EXECUTIVE OFFICE OF THE U.S. ATTORNYS

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: 06 1994

I, MELVIN E. THOMAS, declare that I am the (check appropriate box)

[X] petitioner/plaintiff    [ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant    [ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

TO REVIEW THE REFUSAL OF THE EOUSA TO RESPOND TO MY FREEDOM OF INFORMATION ACT AND PRIVACY REQUEST

In further support of this application, I answer the following questions.

1. Are you presently employed?   Yes [ ]   No [X]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   N/A

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

   SEPTEMBER 2005 prison orderly at USPp Pollock $10.00

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment?   Yes [ ]   No [X]
   b. Rent payments, interest or dividends?                    Yes [ ]   No [X]
   c. Pensions, annuities or life insurance payments?          Yes [ ]   No [X]
   d. Gifts or ~~inheritances~~ GIFTS                          Yes [X]   No [ ]
   e. Any other sources?                                       Yes [ ]   No [X]

RECEIVED
OCT 30 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

**SEE PRINT OUT ATTACHED**

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I AM PARALIZED AND CONFINED TO A WHEELCHAIR: I HAVE BEEN IN PRISON SINCE DECEMBER 27, 1989
M.T.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9-30-06
(Date)

_Melvin E. Thomas_
Signature of Applicant

**CERTIFICATE**
*(Prisoner Accounts Only)*

I certify that the applicant named herein has the sum of $ .19 on account to his credit at the USP Allenwood institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: N/A

I further certify that during the last six months the applicant's average balance was $ 56.23

C. Hoek                                8/3/06
Authorized Officer of Institution
Acct. Tech USP Allenwood

**ORDER OF COURT**

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| _____  _____ | _____  _____ |
| United States Judge    Date | United States Judge    Date |
|  | or Magistrate |

Date: 08/03/2006
Time: 2:26:42 pm

Facility: ALP

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

### General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 03584000 | Living Quarters: | D01-109L |
| Inmate Name: | THOMAS, MELVIN E | Arrived From: | SPG |
| Current Site Name: | Allenwood USP | Transferred To: | |
| Housing Unit: | IV | Account Creation Date: | 4/10/2002 |

### Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| ALP | $0.19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.19 |
| **Totals:** | **$0.19** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.19** |

Page 6

06 1994
**FILED**
NOV 2 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# Inmate Account Inquiry

Inmate Register Number: 03584000

Inmate Name: THOMAS, MELVIN E
Facility: Allenwood USP
Housing Unit: IV
Living Quarters: D01-103L

## Account Balances

| | |
|---|---|
| Account Balance: | $0.19 |
| Pre-Release Acct. Balance: | $0.00 |
| Debt Encumbrance: | $0.00 |
| SPO Encumbrance: | $0.00 |
| Other Encumbrances: | $0.00 |
| Outstanding Negotiable Instruments: | $0.00 |
| Administrative Hold Balance: | $0.00 |
| Available Balance: | $0.19 |

## General Information

| | |
|---|---|
| National 6 Months Deposits: | $1,030.00 |
| National 6 Months Withdrawals: | $1,030.03 |
| National 6 Months Avg Daily Balance: | $56.23 |
| Local Max. Balance - Prev. 30 Days: | $15.70 |
| Average Balance - Prev. 30 Days: | $0.87 |

| FRP Plan Type | Expected Amount | Expected Rate |
|---|---|---|

[Close]