Civil Action # 06 1994-RMC

Plaintiff: MELVIN E. THOMAS

November 27, 2006

DEAR CLERK

I wish to inform the Court of my new address USP Terre Haute, Indiana 47808. I am being transfered today. Also, will the Court order the US Marshall service to serve the action on the Defendants, or will I need to file a request/motion?

Please Respond

Thank you in Advance.
Sincerelly
Melvin E. Thomas

RECEIVED

NOV 30 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT