U.S. Court House for District of Columbia
333 Constitution Avenue, N.W.
Washington D.C.      20001

In The Matter of:
MELVIN E. THOMAS
    v.
U.S. Dep't of Justice, et al
   06-CV-1994 "RMC"

December 5, 2006

**RECEIVED**
DEC 1 1 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RE: Change of Address

Dear Clerk,

    Please be advised that plaintiff, MELVIN E. THOMAS has been transferd to the following address:

> USP Terre Haute
> P.O. Box 12015
> Terre Haute, Indiana
> 47801

Please enter the new address as current

Thank you in Advance.

Respectfully yours
Melvin E. Thomas

MELVIN E. THOMAS # Reg. 03584-000