UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVIN E. THOMAS )<br>#03584-000 / USP - Allenwood )<br>P.O.B. 3000 )<br>White Deer, Pennsylvania   17887 )<br>)<br>Plaintiff, )<br>v.    )<br>)<br>THE EXECUTIVE OFFICE OF UNITED )<br>   STATES ATTORNEYS )<br>600 E Street, N.W. - Room 7300 )<br>Washington, D.C.   20530 )<br>)<br>Defendant. )<br>) | Civil Action No.  06-1994 (RMC) |

## PRAECIPE

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Megan Rose as counsel for defendant in the above-captioned case.

Respectfully submitted,

_____
MEGAN ROSE
Assistant United States Attorney
Judiciary Center Building
Civil Division
555 4th  St., N.W., Room E4220
Washington, D.C.  20530
(202) 514-7220

CERTIFICATE OF SERVICE

I certify that the foregoing Praecipe was served upon pro se plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

> MELVIN E. THOMAS
> #03584-00
> USP - Terre Haute
> P.O. Box 12015
> Terre Haute, IN 47801

on this  27th  day of December, 2006.

_____
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building - Civil Division
555 4th Street, NW
Washington, D.C. 20530