UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVIN E. THOMAS )<br>#03584-000 / USP - Allenwood )<br>P.O.B. 3000 )<br>White Deer, Pennsylvania   17887 )<br>)<br>                    Plaintiff, )<br>          v.                              ) <br>)<br>THE EXECUTIVE OFFICE OF UNITED )<br>   STATES ATTORNEYS )<br>600 E Street, N.W. - Room 7300 )<br>Washington, D.C.   20530 )<br>)<br>                    Defendant. )<br>_____) | Civil Action No.  06-1994 (RMC) |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Defendant Executive Office of the United States Attorneys ("EOUSA"), a component of the United States Department of Justice ("DOJ"), by and through the undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the Complaint brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  Defendant requests that the deadline for responding be extended approximately thirty days, specifically from December 29, 2006 until January 31, 2007.  This is Defendant's first request for an enlargement of time in this case, and no scheduling order has been entered.  The grounds for this motion are set forth below.

The additional time requested is needed to obtain critical information about the circumstances of this case.  Plaintiff brought the instant action seeking records pursuant to the FOIA.  See Compl.  Counsel for Defendant has reviewed the complaint and has been in contact with agency counsel.  However, the agency is currently attempting to determine what specific

information Plaintiff allegedly sought and what actions have been taken with respect to any such request. Once Defendant obtains the necessary information, counsel for Defendant can then consult with agency counsel and better address the relevant issues. Additional time will allow for the coordination between counsel for Defendant and agency counsel and allow for the preparation of Defendant's response to the Complaint. Furthermore, the time requested takes into account the holiday season and any accompanying difficulties resulting from various individual's leave schedules.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate their response will aid both the parties and the Court in the development and resolution of this case.

Because Plaintiff, *pro se*, Melvin Thomas, is a federal prisoner, counsel for Defendant did not attempt to contact him concerning his position on this motion.[1]

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to Plaintiff's Complaint be extended to January 31, 2007.

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

Respectfully submitted,


JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


/s/_____
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7220

**CERTIFICATE OF SERVICE**

I certify that the foregoing **Motion For Enlargement of Time** was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

> MELVIN E. THOMAS
> #03584-00
> USP - Terre Haute
> P.O. Box 12015
> Terre Haute, IN 47801

on this   27th   day of December, 2006.

> _____
> MEGAN L. ROSE
> Assistant United States Attorney
> Judiciary Center Building - Civil Division
> 555 4th Street, NW
> Washington, D.C. 20530

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVIN E. THOMAS )<br>#03584-000 / USP - Allenwood )<br>P.O.B. 3000 )<br>White Deer, Pennsylvania   17887 )<br>                                                     )<br>                              Plaintiff,         )<br>             v.                                         )<br>                                                     )<br>THE EXECUTIVE OFFICE OF UNITED  )<br>   STATES ATTORNEYS                    )<br>600 E Street, N.W. - Room 7300          )<br>Washington, D.C.   20530                  )<br>                                                     )<br>                              Defendant.      )<br>_____) | Civil Action No.  06-1994 (RMC) |

### **<u>ORDER</u>**

UPON CONSIDERATION of the defendant's consent motion for enlargement of time and the entire record in this matter, and for good cause shown, it is this _____ day of _____, 2006,

ORDERED that the defendant's motion is hereby GRANTED, and that defendant shall have through and including January 31, 2007 to answer or otherwise respond to the complaint.

                                                                       _____
                                                                       UNITED STATES DISTRICT JUDGE