UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVIN E. THOMAS, *pro se*<br>  #03584-000 / USP - Terre Haute<br><br>                          Plaintiff,<br>v.<br><br>THE EXECUTIVE OFFICE OF UNITED<br>  STATES ATTORNEYS<br>600 E Street, N.W. - Room 7300<br>Washington, D.C.   20530<br><br>                          Defendant. | Civil Action No.  06-1994 (RMC) |

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Defendant Executive Office of the United States Attorneys ("EOUSA"), a component of the United States Department of Justice ("DOJ"), by and through the undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the Complaint brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  Defendant requests that the deadline for responding be extended approximately thirty days, specifically from January 31 to March 5, 2007.  This is Defendant's second request for an enlargement of time in this case, and no scheduling order has been entered.  The grounds for this motion are set forth below.

The additional time is requested in order for Defendant to obtain critical information about this case and to provide that information to the undersigned.  The agency is currently attempting to determine what specific information Plaintiff allegedly sought and what actions have been taken with respect to any alleged FOIA request.  Counsel has been unable to obtain all of the necessary information, and does not anticipate receiving such information, in time to prepare Defendant's

response by the current deadline.  Once counsel for Defendant obtains the necessary information from the agency, counsel for Defendant can then address the relevant issues in this case.  Additional time will also allow for the coordination between counsel for Defendant and agency counsel and allow for the preparation of an appropriate response to the Complaint.

This extension is sought in good faith and will not unfairly prejudice any party.  Allowing Defendant some additional time to formulate their response will aid both the parties and the Court in the development and resolution of this case.

Because Plaintiff, *pro se*, Melvin Thomas, is a federal prisoner, counsel for Defendant did not attempt to contact him concerning his position on this motion.[1]

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to Plaintiff's Complaint be extended to March 5, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a) (emphasis added).

/s/_____
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7220

## CERTIFICATE OF SERVICE

I certify that the foregoing **Motion For Enlargement of Time** was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

>MELVIN E. THOMAS
>#03584-00
>USP - Terre Haute
>P.O. Box 12015
>Terre Haute, IN 47801

on this   30th   day of January, 2007.

>_____
>MEGAN L. ROSE
>Assistant United States Attorney
>Judiciary Center Building - Civil Division
>555 4th Street, NW
>Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVIN E. THOMAS<br>　#03584-000 / USP - Terre Haute<br><br>　　　　　　　　　　　Plaintiff,<br>　v.<br><br>THE EXECUTIVE OFFICE OF UNITED<br>　STATES ATTORNEYS<br>600 E Street, N.W. - Room 7300<br>Washington, D.C.  20530<br><br>　　　　　　　　　　　Defendant. | Civil Action No.  06-1994 (RMC) |

**ORDER**

UPON CONSIDERATION of the defendant's motion for enlargement of time and the entire record in this matter, and for good cause shown, it is this _____ day of

_____, 2007,

ORDERED that the defendant's motion is hereby GRANTED, and that defendant shall have through and including March 5, 2007 to answer or otherwise respond to the complaint.

_____
UNITED STATES DISTRICT JUDGE