UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
MELVIN E. THOMAS, pro se              )
   #03584-000 / USP - Terre Haute     )
                                      )
                                      )
                          Plaintiff,  )
                v.                    )    Civil Action No.  06-1994 (RMC)
                                      )
THE EXECUTIVE OFFICE OF UNITED        )
   STATES ATTORNEYS                   )
600 E Street, N.W. - Room 7300        )
Washington, D.C.  20530               )
                                      )
                         Defendant.   )
                                      )
```

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**

Defendant Executive Office of the United States Attorneys ("EOUSA"), a component of the United States Department of Justice ("DOJ"), by and through the undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to answer or otherwise respond to the Complaint brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.  Defendant requests that the deadline for responding be extended three weeks, specifically from March 5 to March 26, 2007.  This is Defendant's third request for an enlargement of time in this case, and no scheduling order has been entered.  The grounds for this motion are set forth below.

The additional time is requested in order for Defendant to complete the processing of Plaintiff's FOIA request and allow for counsel for Defendant to prepare an appropriate response to the instant complaint.  Plaintiff filed his complaint in this FOIA action on November 27, 2006, but failed to include a copy of his FOIA request.  See Document No. 1.  Consequently, counsel for Defendant has been working diligently with agency counsel in order to determine what specific

information Plaintiff allegedly sought and what actions have been taken with respect to any alleged FOIA request. Counsel has been unable to obtain all of the necessary information, and does not anticipate receiving such information, in time to prepare Defendant's response by the current deadline. Once counsel for Defendant obtains the necessary information from the agency, counsel for Defendant can then address the relevant issues in this case and prepare Defendant's response to the complaint.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate their response will aid both the parties and the Court in the development and resolution of this case.

Because Plaintiff, *pro se*, Melvin Thomas, is a federal prisoner, counsel for Defendant did not attempt to contact him concerning his position on this motion.[1]

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to Plaintiff's Complaint be extended to March 26, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

/s/_____
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7220

## CERTIFICATE OF SERVICE

I certify that the foregoing **Motion For Enlargement of Time** was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

> MELVIN E. THOMAS
> #03584-00
> USP - Terre Haute
> P.O. Box 12015
> Terre Haute, IN 47801

on this  2nd  day of March, 2007.


_____
MEGAN L. ROSE
Assistant United States Attorney
Judiciary Center Building - Civil Division
555 4th Street, NW
Washington, D.C. 20530

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVIN E. THOMAS<br>    #03584-000 / USP - Terre Haute<br><br>                    Plaintiff,<br>        v.<br><br>THE EXECUTIVE OFFICE OF UNITED<br>    STATES ATTORNEYS<br>600 E Street, N.W. - Room 7300<br>Washington, D.C.  20530<br><br>                    Defendant. | Civil Action No.  06-1994 (RMC) |

## **ORDER**

UPON CONSIDERATION of the defendant's motion for enlargement of time and the entire record in this matter, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED that the defendant's motion is hereby GRANTED, and that defendant shall have through and including March 26, 2007 to answer or otherwise respond to the complaint.

_____
UNITED STATES DISTRICT JUDGE