UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVIN E. THOMAS, *pro se*<br>#03584-000 / USP - Terre Haute<br><br>Plaintiff,<br>v.<br><br>THE EXECUTIVE OFFICE OF UNITED<br>STATES ATTORNEYS<br>600 E Street, N.W. - Room 7300<br>Washington, D.C.  20530<br><br>Defendant. | Civil Action No.  06-1994 (RMC) |

### DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME

Defendant Executive Office of the United States Attorneys ("EOUSA"), a component of the United States Department of Justice ("DOJ"), by and through the undersigned counsel, respectfully moves this Court pursuant to Rule 6(b)(1), Fed. R. Civ. P., to enlarge the time to reply to Plaintiff's opposition and respond to Plaintiff's motion for discovery in this Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, case.  Defendant requests that the deadline for replying be extended two weeks, specifically from May 9 to May 23, 2007.  This is Defendant's first request for an enlargement of time to reply, and no scheduling order has been entered.

The additional time is requested because counsel for Defendant did not receive notice of Plaintiff's opposition or motion for discovery until they were entered on the Court's CM/ECF system on May 1, 2007.  See Document Nos. 15, 16.  Due to counsel's heavy caseload and filings in other cases, including a reply brief in Lewis v. Johanns, 05-1507 (GK), and a motion for summary judgment in NTEU v. CBP 06-1812 (JR), counsel for Defendant now needs the additional time to examine Plaintiff's opposition and respond accordingly.  Counsel will then better be able to address

the relevant issues and prepare Defendant's reply.

This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate their reply will aid both the parties and the Court in the development and resolution of this case.

Because Plaintiff, *pro se*, Melvin Thomas, is a federal prisoner, counsel for Defendant did not attempt to contact him concerning his position on this motion.[1]

WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for replying and responding to Plaintiff's motion be extended to May 23, 2007.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/_____
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7220

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

## CERTIFICATE OF SERVICE

I certify that the foregoing **Motion For Enlargement of Time** was served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

> MELVIN E. THOMAS
> #03584-00
> USP - Terre Haute
> P.O. Box 12015
> Terre Haute, IN 47801

on this  8th  day of May, 2007.

>  _____
> MEGAN L. ROSE
> Assistant United States Attorney
> Judiciary Center Building - Civil Division
> 555 4th Street, NW
> Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVIN E. THOMAS )<br>#03584-000 / USP - Allenwood )<br>P.O.B. 3000 )<br>White Deer, Pennsylvania 17887 )<br>)<br>Plaintiff, )<br>v. )<br>)<br>THE EXECUTIVE OFFICE OF UNITED )<br>STATES ATTORNEYS )<br>600 E Street, N.W. - Room 7300 )<br>Washington, D.C. 20530 )<br>)<br>Defendant. )<br>_____) | Civil Action No. 06-1994 (RMC) |

## **ORDER**

UPON CONSIDERATION of the defendant's consent motion for enlargement of time and the entire record in this matter, and for good cause shown, it is this _____ day of _____, 2007,

ORDERED that the defendant's motion is hereby GRANTED, and that defendant shall have through and including May 23, 2007 to reply and otherwise respond to Plaintiff's opposition and motion for discovery.

_____
UNITED STATES DISTRICT JUDGE