May 29, 2007

RE: Melvin E. Thomas v. U.S. Dep't of Justice et al.
1:06-cv-1994 (RMC)

Clerk of The Court,

In Case No. 06-1994 (RMC) The Court granted Defendant's Motion for Extention of Time to reply in Support of their Motion for Summary Judgement and their opposition to Plaintiff's Motion for Discovery until May 23, 2007

As of May 29, 2007 Plaintiff has not recieved a Copy of the Defendants paper's as the Court has ordered

Has the Defendant Complied with the Courts order to file in Court by May 23, 2007?

Please inform me

and inform the Court that the Defendants have failed to serve my Copy as of May 29 2007

Thank you In Advance

Melvin E. Thomas

USP Terre Haute - Box 12017
Terre Haute IN 47801

RECEIVED
JUN 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



DCD_ECFNotice@dcd.uscourts.gov
05/15/2007 11:49 AM

To DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject Activity in Case 1:06-cv-01994-RMC THOMAS v. UNITED STATES DEPARTMENT OF JUSTICE et al Order on Motion for Extension of Time to

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

U.S. District Court

District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 5/15/2007 at 11:49 AM and filed on 5/15/2007
**Case Name:**         THOMAS v. UNITED STATES DEPARTMENT OF JUSTICE et al
**Case Number:**       1:06-cv-1994
**Filer:**
**Document Number:**   No document attached

**Docket Text:**
MINUTE ENTRY ORDER granting [17] Defendants' Motion for Extension of Time. Defendants' reply in support of their Motion for Summary Judgment and their opposition to Plaintiff's Motion for Discovery shall be filed no later than May 23, 2007. Signed by Judge Rosemary M. Collyer on 5/15/2007. (ses)

**1:06-cv-1994 Notice has been electronically mailed to:**
Megan Lindholm Rose megan.rose@usdoj.gov, richard.dolci@usdoj.gov

**1:06-cv-1994 Notice will be delivered by other means to::**

MELVIN E. THOMAS
R03584-000
TERRE HAUTE UNITED STATES PENITENTIARY
P.O. Box 12015
Terre Haute, IN 47801