## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVIN E. THOMAS, *pro se* )<br>#03584-000 / USP - Terre Haute )<br> )<br> )<br>Plaintiff, )<br>v. )<br> )<br>THE EXECUTIVE OFFICE OF UNITED )<br>STATES ATTORNEYS )<br>600 E Street, N.W. - Room 7300 )<br>Washington, D.C. 20530 )<br> )<br>Defendant. )<br> ) | Civil Action No. 06-1994 (RMC) |

## NOTICE

Defendant Executive Office of the United States Attorneys ("EOUSA"), a component of the United States Department of Justice ("DOJ"), by and through the undersigned counsel, respectfully submits this Notice concerning the service of Defendant's Reply and Opposition to Plaintiff's Motion for Discovery in the above-captioned action. On May 23, 2007, Defendant mailed to Plaintiff, a federal prisoner, a copy of Defendant's filings via first-class mail. However, out of an abundance of caution, because Plaintiff asserts that he has not received those filings, Defendant is hereby re-serving both its Reply and Opposition to Plaintiff's Motion for Discovery.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/_____
MEGAN L. ROSE, N.C. Bar # 28639
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C.  20530
(202) 514-7220

**CERTIFICATE OF SERVICE**

I certify that the foregoing **Notice and attached Reply and Opposition** were served upon plaintiff by depositing a copy of it in the U.S. Mail, first class postage prepaid, addressed to:

>MELVIN E. THOMAS
>#03584-00
>USP - Terre Haute
>P.O. Box 12015
>Terre Haute, IN 47801

on this  11th  day of June, 2007.

>_____
>MEGAN L. ROSE
>Assistant United States Attorney
>Judiciary Center Building - Civil Division
>555 4th Street, NW
>Washington, D.C. 20530