Date: September 11, 2007

DEAR Clerk of Court,

I am writing to Notify the Court of the prison new change of address;

FEDERAL Correctional Complex
P.O. Box 33
Terre Haute, Indiana
47808

PLEASE add the new address in The following actions:

1) Melvin E. Thomas V. U.S. Dep'T of Justice, et al. [06-1994/RMC] ←

2) MELVIN E. Thomas V. Edward F. REilly, Jr. 1983 Civil action: which I have not been given a Case number yet

RECEIVED
SEP 19 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3) Tony R. Sellman, et al. Plaintiffs
MELVIN E. Thomas, Intervenor/Plaintiff
Vs. Edward F. REilly, Jr. et al.
[Civil No. 1:06-cv-01650]
Judge Ellen Segal Huvelle

(Thank you in advance)

Requesting Leave of The Court to intervene

Melvin Thomas