UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVIN E. THOMAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT )<br>OF JUSTICE, )<br>)<br>Defendant. ) | Civ. Action No. 06-1994 (RMC) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Blanche L. Bruce as counsel of record for Defendant and withdraw the appearance of Assistant United States Attorney Megan L. Rose.

Dated: September 24, 2007         Respectfully submitted,

                                  /s/
                                  MEGAN L. ROSE, NC Bar # 28639


                                  /s/
                                  BLANCHE L. BRUCE
                                  D.C. Bar No. 960245
                                  Assistant United States Attorney
                                  555 Fourth St., N.W.
                                  Washington, D.C. 20530
                                  (202) 307-6078