MELVIN E. Thomas #03584-000
Correctional Complex
P.O. Box 33
Terre Haute, Indiana
            47808

DATE: Oct. 7, 2007

RE: MELVIN E. Thomas V. U.S. Dep't of Justice,
        [Civ. No. 1:06-cv-01994] (R.M.C)

Dear Clerk of The Court,

    This is to notify the Court of my change of address
which is now:

        [ Federal Correctional Complex
          P.O. Box 33
          Terre Haute, Indiana
                    47808 ]


    Please Correct the address for The above Captioned
Civil Action 1:06-cv-01994 (RMC)

                Thank you in advance.

                Respectfully,
                Melvin E. Thomas


**RECEIVED**

OCT 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT