UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MELVIN E. THOMAS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1994 (RMC) |
| ) | |
| **UNITED STATES DEPARTMENT OF** ) | |
| **JUSTICE,** *et al.*, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion for Summary Judgment [Dkt. # 13] is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff's Motion for Discovery [Dkt. # 15] is **DENIED** as moot; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is closed.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**


Date: January 24, 2008                               /s/
                                                ROSEMARY M. COLLYER
                                                United States District Judge

1