UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MELVIN E. THOMAS,                  :      CIVIL ACTION NO. 06-1994
    PLAINTIFF/APPELLANT,                         (RMC)
                                    :

v.

                                    :
UNITED STATES DEP'T OF
JUSTICE, et al,.
            DEFENDANT(S)      :

## NOTICE OF APPEAL

Comes now Melvin E. Thomas, Plaintiff/Appellant in the above captioned case to hereby give the Court notice that he appeals the United States District Courts Order of January 24, 2008 in which U.S. District Court Judge Rosemary M. Collyer granted defendants motion for Summary Judgement [DKT# 13] and denied Plaintiffs motion for Discovery [DKT# 15]. A copy of the Courts Order is attached.

Date: Febuary 2, 2008

                                                Respectfully Submitted,

                                                */s/ Melvin Thomas*

                                                Melvin E. Thomas-03584-000

                                                Federal Corr. Complex

                                                P.O. BOX 33

                                                TERRE HAUTE, INDIANA

                                                      47808

**RECEIVED**

FEB 1 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



DCD_ECFNotice@dcd.uscourts.gov
01/24/2008 06:12 PM

To  DCD_ECFNotice@dcd.uscourts.gov
cc
bcc
Subject  Activity in Case 1:06-cv-01994-RMC THOMAS v. UNITED STATES DEPARTMENT OF JUSTICE et al Order on Motion for Summary Judgment

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 1/24/2008 at 6:12 PM EDT and filed on 1/24/2008
**Case Name:**     THOMAS v. UNITED STATES DEPARTMENT OF JUSTICE et al
**Case Number:**   1:06-cv-1994
**Filer:**
**Document Number:**   26

Docket Text:
**ORDER granting [13] Defendant's Motion for Summary Judgment and denying as moot [15] Plaintiff's Motion for Discovery. The Complaint is dismissed and this case is hereby closed. See attached Order for further details. Signed by Judge Rosemary M. Collyer on 1/24/08. (lcrmc2)**

**1:06-cv-1994 Notice has been electronically mailed to:**

Blanche L. Bruce  blanche.bruce@usdoj.gov

**1:06-cv-1994 Notice will be delivered by other means to::**

MELVIN E. THOMAS
R03584-000
TERRE HAUTE
FEDERAL CORRECTIONAL INSTITUTION

Inmate Mail/Parcels
P.O. BOX 33
TERRE HAUTE, IN 47808

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** O:\2006 Civil\06-1994 Thomas v. U.S. Dep't of Justice\06-1994 order on Mem Op.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=1/24/2008] [FileNumber=1677421-0]
[0b05fbcb8d8a97622a85f3c46ae36c46422ec23c107aef778b70d0b2f41e5366f22c
188db5346c437fec2829fcf9e94b10cbec3357e87f9805b0a06513338bc4]]