# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| **No. 08-5031** | **September Term, 2007** |
| | 06cv01994 |

**Filed On:**

Melvin E. Thomas,
    Appellant

v.

Department of Justice, et al.,
    Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED FEB 2 0 2008
CLERK

## ORDER

Because appellant has not paid the appellate docketing fee in this case, it is

**ORDERED**, on the court's own motion, that by March 21, 2008, appellant either pay the $455 appellate docketing and filing fees to the Clerk of the District Court, see Fed. R. App. P. 3(e); 28 U.S.C. § 1917, or file a motion in district court for leave to appeal in forma pauperis, see Fed. R. App. P. 24(a), along with a completed Consent to Collection of Fees and Prisoner Trust Account Report. See Attachments. In the event the district court denies the request to proceed on appeal in forma pauperis, appellant will need to renew that request in this court.

    Appellant must give the Trust Account Report form to the Trust Officer for each institution in which appellant has been confined during the six months preceding the filing of the notice of appeal. The Trust Officer must complete and sign the Trust Account Report and return the Report and supporting documents to appellant. Appellant must complete and sign the Motion for Leave to Proceed on Appeal in Forma Pauperis and the Consent to Collection of Fees and submit all three documents to the Clerk's Office, U.S. Court of Appeals for the District of Columbia Circuit.

    A request for appointment of counsel does not relieve appellant of the obligation to file responses to any motion filed by appellee or to comply with any order issued by the court, including a briefing schedule. Appellant's failure to respond to a dispositive motion or comply with any order of the court, including this order, will result in dismissal of the appeal for lack of prosecution. See D.C. Cir. Rule 38.

# United States Court of Appeals
### For The District of Columbia Circuit

---

**No. 08-5031**  **September Term, 2007**

    The Clerk is directed to send a copy of this order to appellant by whatever means necessary to ensure receipt.

                              **FOR THE COURT:**
                              Mark J. Langer, Clerk
                BY:
                              Ken Meadows Jr.
                              Deputy Clerk

Attachments:
    (1)    Motion for Leave to Proceed on Appeal in Forma Pauperis
    (2)    Prisoner Trust Account Report
    (3)    Consent to Collection of Fees
    (4)    Prison Litigation Reform Act Informational Letter

United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

USCA NO. 08-5031

## CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

I, Melvin E. Thomas, Fed Reg #R03584-000, hereby consent to have the appropriate prison officials withhold from my prison account and pay to the Clerk, U.S. District Court for the District of Columbia an initial payment of 20% of the greater of:

(a)   the average monthly deposits to my account for the six-month period immediately preceding the filing of my notice of appeal; or

(b)   the average monthly balance in my account for the six-month period immediately preceding the filing of my notice of appeal.

I further consent to have the appropriate prison officials collect from my account on a continuing basis each month, an amount equal to 20% of each month's income. Each time the amount in the account reaches $10, the Trust Officer must forward the interim payment to the Clerk's Office, U.S. District Court for the District of Columbia, until such time as the $455.00 filing fee is paid in full.

By executing this document, I also authorize collection on a continuing basis of any additional costs imposed by the Court of Appeals.

_____
SIGNATURE OF PRISONER

[USCADC Form 53a(Rev.Jan 1997, Jan 2003)]