# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 08-5031**                                    **September Term 2007**

06cv01994

**Filed On: June 30, 2008** [1124948]

Melvin E. Thomas,

   Appellant

   v.

Department of Justice and Executive Office
for the United States Attorneys,

   Appellees

FILED
JUL 03 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of the motion to appeal in forma pauperis, which was received from appellant on June 25, 2008, it is, on the court's own motion,

**ORDERED** that the motion to appeal in forma pauperis be referred to the district court for resolution in the first instance. It is

**FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order along with the original motion to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                                        BY:     /s/
                                                Elizabeth V. Scott
                                                Deputy Clerk

Attachment:
   Motion for Leave to Proceed on Appeal In Forma Pauperis