# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MELVIN E. THOMAS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1994 (RMC) |
| UNITED STATES DEPARTMENT OF JUSTICE, *et al.*, | ) D.C. Cir. No. 08-5031 |
| Defendants. | ) |

## ORDER

Having considered Plaintiff's application to proceed on appeal *in forma pauperis* and supporting documents, it is hereby

**ORDERED** that Plaintiff's motion for leave to proceed *in forma pauperis* on appeal is **GRANTED**.

**SO ORDERED.**

Date: July 14, 2008                              _____/s/_____
                                                                  ROSEMARY M. COLLYER
                                                                  United States District Judge