UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

JUN 25 2008

RECEIVED

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

Melvin E. Thomas,                           USCA No. 08-5031

v.

Department of Justice, et al              USDC No. 06-cv-1994 (RMC)

## MOTION FOR LEAVE TO PROCEED
## ON APPEAL IN FORMA PAUPERIS

I, Melvin E. Thomas, declare that I am the ☐ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached. I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. You may continue on the other side of this sheet if necessary.*)

Whether exemptions extend to a statement made by victem on how he was shot, which bullet struck him and whether or not the gun was inside accused coat pocket when it discharged and struck victem; and if so, whether those statements could have been reasonably segregated in a redacted form for release, and whether victem has a personal privacy interest reecognized by statute an if so, whether this interest is outweighed by the public interest asserted by appellant

Signature _____

Name of *Pro Se* Litigant (PRINT) Melvin E. Thomas

Address Federal Correctional Complex United States Penitentiary at Terre haute P.O.Box 33 Terre Haute, Indiana 47808

Submit original with a certificate of service to:

Clerk
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Avenue, N.W.
Rm. 5423, E. Barrett Prettyman U.S. Courthouse
Washington, DC 20001

RECEIVED

JUL 3 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

[USCADC Form 53 (Rev. Jan 1997, Jan 2003)]                    -3-

# CERTIFICATE OF SERVICE

I, Melvoin E. Thomas, due herby certify that I have cause a copy of the Motion to Procceed in Forma Pauperis to be mailed this ~~3rd~~ 19th *[M.T.]* day of ~~March~~ *June [M.T.]*, 2008 and supporting Affidavit(s) and Trust Fund account to the Clerk of the District Court for the District of Columbia at 333 Constitution Avenue N.W. Washington, D.C. 20001.

DATE: March 3, 2008

M.T. June 19, 2008

_____
SIGNITURE

## Affidavit Accompanying Motion for Leave
## to Proceed on Appeal in Forma Pauperis

United States Court of Appeals for the
District of Columbia Circuit

Melvin E. Thomas

Case No. 08-5031

v.

Department of Justice, et al.

### Affidavit in Support of Motion

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

### Instructions

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: *Melvin E. Thomas*

Date: June 16, 2008

**My issues on appeal are:**

Whether exemptions extend to a statement made by victem on how he was shot, which bullet struck him an whether or not the gun was inside of accused coat pocket when it discharged an struck him, if so, whether those statements could have been reasonably segregated in redacted form for reelease, an whether victem has personal privacy interest recognized by statute an if so, whether interest is outweighed by public interest assertred by appellant.

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Self-employment | $ N/A | $ N/A | $ N/A | $ N/A |
| Income from real property (such as rental income) | $ N/A | $ N/A | $ N/A | $ N/A |
| Interest and dividends | $ N/A | $ N/A | $ N/A | $ N/A |
| Gifts | $ N/A | $ N/A | $ N/A | $ N/A |
| Alimony | $ N/A | $ N/A | $ N/A | $ N/A |
| Child support | $ N/A | $ N/A | $ N/A | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $ N/A | $ N/A | $ N/A | $ N/A |
| Disability (such as social security, insurance payments) | $ N/A | $ N/A | $ N/A | $ N/A |
| Unemployment payments | $ N/A | $ N/A | $ N/A | $ N/A |
| Public-assistance (such as welfare) | $ N/A | $ N/A | $ N/A | $ N/A |
| Other (specify): N/A | $ N/A | $ N/A | $ N/A | $ N/A |
| Total monthly income: | $ N/A | $ N/A | $ N/A | $ N/A |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

4. How much cash do you and your spouse have? $ N/A

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| n/a | n/a | $ n/a | $ n/a |
| n/a | n/a | $ n/a | $ n/a |
| n/a | n/a | $ n/a | $ n/a |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, that you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value)    Other real estate (Value)    Motor vehicle # 1  n/a  (Value)
n/a             n/a                          Make & year: na/
n/a             n/a                          Model: n/a
n/a             na/                          Registration #. n/a

Motor vehicle #2  n/a  (Value)    Other Assets (Value)    Other Assets (Value)
Make & year  n/a                  na/                     na/
Model        n/a                  n/a                     na/
Registration #:  n/a              na/                     n/a

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| n/a | n/a | n/a |
| na/ | n/a | n/a |
| n/a | n/a | n/a |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| n/a | n/a | n/a |
| n/a | n/a | na/ |
| na/ | n/a | n/a |

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]              -6-

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semi-annually, or annually to show the monthly rate.

| | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ N/A | $ N/A |
| Are real-estate taxes included? | [ ] Yes [X] No N/A | |
| Is property insurance included? | [ ] Yes [X] No N/A | |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ N/A | $ N/A |
| Home maintenance (repairs and upkeep) | $ N/A | $ N/A |
| Food | $ N/A | $ N/A |
| Clothing | $ N/A | $ N/A |
| Laundry and dry-cleaning | $ N/A | $ N/A |
| Medical and dental expenses | $ N/A | $ N/A |
| Transportation (not including motor vehicle payments) | $ N/A | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ N/A | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) | $ N/A | $ N/A |
|   Homeowner's or renter's | $ N/A | $ N/A |
|   Life | $ N/A | $ N/A |
|   Health | $ N/A | $ N/A |
|   Motor Vehicle | $ N/A | $ N/a |
|   Other: N/A | $ N/A | $ N/a |
| Taxes (not deducted from wages or included in mortgage payments) (specify): N/A | $ N/A | $ N/A |
| Installment payments | $ N/A | $ N/A |
|   Motor Vehicle | $ N/A | $ N/a |
|   Credit card (name): N/A | $ N/A | $ N/A |
|   Department store (name): N/A | $ N/A | $ N/A |
|   Other: N/A | $ N/A | $ N/A |
| Alimony, maintenance, and support paid to others | $ N/A | $ N/A |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ N/A | $ N/A |
| Other (specify): N/A | $ N/A | $ N/A |
| Total monthly expenses: | $ N/A | $ N/A |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?     N/A

[ ] Yes    [X] No    If yes, describe on an attached sheet.  N/A

10. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?

[ ] Yes   [XX] No     N/A

If yes, how much? $____N/A____

If yes, state the attorney's name, address, and telephone number:
_____N/A_____
_____N/A_____
_____N/A_____

11. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?

[ ] Yes   [XX] No

If yes, how much? $__N/A____

If yes, state the person's name, address, and telephone number:
_____N/A_____
_____N/A_____
_____N/A_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.  I have been in prison for the last 19 years and due to my disibility parapligic I only work as an orderly making from $6.00 to $12.00 dollors a month. I have no family to send me money.

13. State the address of your legal residence.
_USP Terre Haute, P.O. Box 33 Terre Haute IN. 47808_
_____N/A_____
_____N/A_____

Your daytime phone number: ( N/A   N/A
Your age: __46__   Your years of schooling: _GED_
Your social-security number: _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_

[USCADC Form 53a (Rev. Jan 1997, Jan 2003)]     -8-